IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP E, BENSON AND KYRIACOS ARGYROPOULOS AND LAURETTA ARGYROPOULOS,<br><br>Plaintiff(s),<br><br>V.<br><br>RICARDO ALVARADO ROSERO AND CARVANA, LLC,<br><br>Defendant(s). | CIVIL ACTION NO. 2:21-CV-04157 |

## STIPULATION TO REMAND

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for all of the parties that, due to the domiciliary of Plaintiff Philip E. Benson, diversity jurisdiction cannot apply in this matter, and therefore, this matter is hereby remanded back to the Pennsylvania Court of Common Pleas, Philadelphia County. The Clerk of the Court is directed to close this case.

By: /s/ (signature)
Joseph J. Urban, Esquire
LAW OFFICES OF VINCENT J. CIECKA, P.C.
*Attorneys for Plaintiffs*
5709 Westfield Avenue
P.O. Box #560
Pennsauken NJ 08110
(856) 665-5709
jurban@ciecka.com

By:

/s/ Christina L. Capobianco
Christina L. Capobianco
GOLDBERG SEGALLA LLP
*Attorneys for Defendants*
1700 Market Street, Suite 1418
Philadelphia, PA 19103-3907
MAIL: PO Box 360, Buffalo, NY 14201
(267) 519-6800
ccapobianco@goldbergsegalla.com

**ORDERED** FOR REMAND BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE